UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MARGIN CONSTRUCTION, INC.,<br><br>Defendant. | Case No. 22-cv-00462-TLT<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: ECF No. 33 |

On June 8, 2023, Plaintiffs moved for an order to show cause as to (1) why the Court should not hold Defendant Margin Construction, Inc. ("Margin") and its CEO and President, Miguel Angel Marquez, in civil contempt and (2) why the Court should not impose monetary sanctions against Margin and Mr. Marquez in the amount of $2,800 for the fees incurred in making its motion. *See* ECF No. 33. Plaintiffs supported that motion with evidence that Margin had failed to comply with the Court's order granting a Stipulation for Judgment, where Margin was ordered to produce certain audit documents and pay the Plaintiffs $4,000 in attorneys' fees and costs. *See* ECF No. 32; *Parsons v. Ryan*, 949 F.3d 443, 456-57 (9th Cir. 2020) (affirming court's inherent authority to issue civil contempt orders and sanctions). However, Plaintiffs did not fully address the requirements associated with holding Mr. Marquez, a non-party, in contempt. *See Peterson v. Highland Music, Inc.*, 140 F.3d 1313, 1323–24 (9th Cir. 1998) (describing contempt requirements for non-parties).

An opposition to Plaintiffs' motion was due on June 22, 2023, and no opposition was filed.

Based on the foregoing, the Court **GRANTS** Plaintiffs' motion for an order to show cause as to Margin but **DENIES** the motion as to Mr. Marquez.

No later than October 12, 2023, Margin shall show cause as to why civil contempt and monetary sanctions should not be imposed against them. Any response to this order shall be supported with admissible evidence. The Court will consider any response filed by Margin and Mr. Marquez at a hearing scheduled for February 13, 2023.

Counsel for Plaintiffs is hereby ordered to provide a copy of this order to Margin and Mr. Marquez within 24 hours of the date this order is filed, and to file a declaration attesting to that within two days thereafter.

**IT IS SO ORDERED.**

Dated: September 28, 2023

TRINA L. THOMPSON
United States District Judge